ACCEPTED
06-14-00172-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
4/15/2015 11:54:07 AM
DEBBIE AUTREY
CLERK

**ORAL ARGUMENT WAIVED**

CAUSE NO. 06-14-00172-CR

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA

_____

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

4/15/2015 11:54:07 AM

DEBBIE AUTREY
Clerk

GERALD MAC LOWREY, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

ON APPEAL FROM THE 6TH JUDICIAL DISTRICT COURT
LAMAR COUNTY, TEXAS
TRIAL COURT NO. 25492; HONORABLE WILL BIARD, JUDGE

_____

# APPELLEE'S (STATE'S) SECOND MOTION TO EXTEND TIME FOR FILING BRIEF

_____

Gary D. Young, County and District Attorney
Lamar County and District Attorney's Office
Lamar County Courthouse
119 North Main
Paris, Texas      75460
(903) 737-2470
(903) 737-2455 (fax)

**ATTORNEYS FOR THE STATE OF TEXAS**

1

**ORAL ARGUMENT WAIVED**

CAUSE NO. 06-14-00172-CR

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA

_____

GERALD MAC LOWREY, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

ON APPEAL FROM THE 6TH JUDICIAL DISTRICT COURT
LAMAR COUNTY, TEXAS
TRIAL COURT NO. 25492; HONORABLE WILL BIARD, JUDGE

_____

# APPELLEE'S (STATE'S) SECOND MOTION TO EXTEND TIME FOR FILING BRIEF

_____

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, the State of Texas, by and through Gary D. Young, the elected County and District Attorney of Lamar County, Texas and the Lamar County and District Attorney's Office, respectfully submits this Second Motion to Extend Time to File Brief under Tex. R. App. P. 10 and 38. The

State of Texas moves this Court pursuant to the Texas Rules of Appellate Procedure for an extension of time in which to file the Appellee's (State's) Brief upon good cause shown below.

## I.

On or about February 12, 2015, Gerald Mac Lowrey (Lowrey), the appellant, filed his brief in the above-styled and numbered appellate cause. The appellee's (State's) brief is due on Wednesday, April 15, 2015.

This second motion to extend time seeks an additional thirty (30) days for the State to file its brief.

## II.

This is an appeal from the 6th Judicial District Court of Lamar County, Texas. In the District Court, the cause number was 25492.

## III.

In this Court, the appellant, Lowery, filed a notice of appeal on or about August 18, 2014. The District Clerk of Lamar County filed the Clerk's Record on or about November 14, 2014. The official court reporter filed the Reporter's Record on or about December 9, 2014.

The appellant, Lowery, filed the first (of two) motions for extension of time to file his brief, which this Court granted initially on or about January 9, 2015. After this deadline, Lowery filed his brief along with a second

3

motion for extension of time, which this Court granted on or about February 12, 2015.  This Court accepted the appellant's brief on February 12th.

IV.

The present deadline for filing the appellee's (State's) brief is Wednesday, April 15, 2015.  On one previous occasion, this Court granted an extension to the appellee (State) in the above-styled and numbered appellate cause.  This Court granted that first motion to extend time on March 16, 2015.

Since the granting of the State's first motion to extend time on March 16th, counsel for appellee (State) was preparing the brief in cause number 06-14-00147-CR styled *Asim Shakur Rahim v. The State of Texas* in the Sixth Court of Appeals at Texarkana.  Counsel for the appellee (State) filed the brief on March 19, 2015, and that appellate cause was set for submission without oral argument on April 9, 2015.  In addition to *Rahim*, counsel for the appellee (State) was preparing the brief in cause number 06-14-00182-CR styled *Robert Bryan Finch v. The State of Texas* in the Sixth Court of Appeals at Texarkana, and that brief is currently due on or before April 16, 2015.

In addition to two (2) appellate briefs, as mentioned above, counsel for the appellee (State) had criminal dockets, including a plea-bargain docket

4

and a few hearings for motions to revoke and motions to adjudicate guilt on March 16, 2015. On March 17th, counsel for appellee (State) had a criminal docket for pre-trial and arraignments. Afterwards, counsel for the appellee (State) began trial preparation on cause numbers 25636 and 25637 styled *The State of Texas v. Glen Rundles* in the 6th Judicial District of Lamar County. On March 20th, counsel for the appellee (State) had scheduled hearings in the 6th Judicial District Court of Lamar County, beginning with (1) a motion to hold bond insufficient in cause number 26133 styled *The State of Texas v. Cinnamon McDaniel*; (2) a motion to adjudicate guilt in cause number 25641 styled *The State of Texas v. Alice Swan*; (3) a motion to reduce bond in cause numbers 26122, 26150 styled *The State of Texas v. Adelia Carranza*; and (4) a motion to reduce bond in cause number 26139 styled *The State of Texas v. Geoffrey Weeden*.

On March 20th, counsel for the appellee (State) was also reviewing and preparing new cases for the grand jury of Lamar County. Finally, counsel for the appellee (State) was attending a seminar in Austin from March 25th to March 27, 2015. On March 30th, counsel for the appellee (State) had a jury trial set in cause numbers 25636 and 25637 styled *The State of Texas v. Glen Rundles* in the 6th District Court of Lamar County. During that week of March 30th, counsel for appellee (State) spent several

5

days getting ready for trial that included a competency trial. On Monday, April 6th, counsel for appellee (State) had another jury-trial setting in cause number 25827 styled *The State of Texas v. Stacy Littlejohn* in the 6th District Court of Lamar County, which required several days getting ready for the jury trial that started on April 9, 2015. In addition to that jury trial, counsel for the appellee (State) had a grand jury scheduled for April 9th. Finally, counsel for the appellee (State) had a revocation hearing set for April 15th in cause number 25684 styled *The State of Texas v. Zachary Patridge* in the 6th District Court of Lamar County.

Due to these circumstances, counsel for the appellee (State) was unable to complete the research necessary to prepare the brief in this appellate cause, thus necessitating this request for an extension of time. Insufficient time now remains to complete Appellee's Brief, but, if the time is extended another thirty (30) days to Friday, May 15, 2015, the State will have sufficient time for completion with the time as extended.

V.

The purpose of this motion is not for delay, but so that justice may be had by all parties. Appellee requests that an extension of time until Friday, May 15, 2015 be granted for the filing of Appellee's Brief, or until such time as this Court deems appropriate.

WHEREFORE PREMISES CONSIDERED, the State of Texas prays that upon final submission of this motion to this Court's motion docket, this Court grant the State's Motion to Extend Time to File Its Brief in its entirety and grant the State of Texas an additional thirty (30) days in which to file its brief on or before Friday, May 15, 2015, or until such time as this Court deems appropriate; and for such other and further relief, both at law and in equity, to which it may be justly and legally entitled.

Respectfully submitted,

Gary D. Young
Lamar County & District Attorney
Lamar County Courthouse
119 North Main
Paris, Texas    75460
(903) 737-2470
(903) 737-2455 (fax)

By:_____
        Gary D. Young, County Attorney
        SBN# 00785298

**ATTORNEYS FOR STATE OF TEXAS**

# VERIFICATION

STATE OF TEXAS          §
                        §
COUNTY OF LAMAR   §

BEFORE ME, the undersigned authority, on this day personally appeared Gary D. Young, who after being duly sworn stated:

> I am the attorney representing the Appellee in the above-styled and numbered appellate cause.  I have read the foregoing Second Motion to Extend Time to File Appellee's Brief and the facts and allegations contained are known to me and they are true and correct to the best of my knowledge.

_____
Gary D. Young

STATE OF TEXAS             §
COUNTY OF LAMAR            §

Subscribed and sworn to before me by Gary D. Young on this the 15th day of April, 2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

PAM BULL
Notary Public, State of Texas
My Commission Expires
July 24, 2018

8

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that in accordance with Tex. R. App. P. 9.5, a true copy of the "Appellee's (State's) Second Motion to Extend Time for Filing Brief has been served on the 15[th] day of April, 2015 upon the following:

Gary L. Waite
Attorney at Law
104 Lamar Avenue
Paris, TX    75460
garywaite@sbcglobal.net

_____
GARY D. YOUNG
gyoung@co.lamar.tx.us